ZACHARY A. GERBER, ESQ.
Nevada Bar No. 13128
**GERBER LAW OFFICES, LLP**
491 4TH Street
Elko, Nevada 89801
Telephone: (775) 777-6101
Facsimile: (775) 738-8198
E-mail: zag@gerberlegal.com

*Attorneys for Capital USA*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TYSON MCLEMEE, Individually and On Behalf of Others Similarly Situated,

Plaintiff,

v.

CAPITAL USA,

Defendants.

Case No.: 3:26-cv-00451-MMD-CLB

**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

**(FIRST REQUEST)**

The parties through undersigned counsel hereby stipulate to an extension of time for Defendant Capital USA to respond to the Complaint, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rules IA 6-1 and IA 6-2, Plaintiff Tyson McLemee, individually and on behalf of all others similarly situated, by and through his counsel of record, and Defendant Capital USA, by and through its counsel of record, hereby stipulate to and respectfully request that the Court grant Defendant Capital USA an extension of time to answer, move, or otherwise respond to Plaintiff's Original Class and Collective Action Complaint. This is the first request for an extension of time to respond to the Complaint.

Defendant Capital USA was served with the Complaint and Summons on June 24, 2026, through its registered agent Paracorp Incorporated, 318 N. Carson St., #208, Carson City, Nevada

89701. Defendant's current deadline to answer, move, or otherwise respond to the Complaint is July 15, 2026. The parties stipulate to and request an extension of **fourteen (14) days**, up to and including **July 29, 2026**.

Good cause exists to grant the requested extension. The Complaint is a twenty-five page class and collective action filing asserting five separate causes of action under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*., and Nevada Revised Statutes Chapter 608, on behalf of a putative FLSA collective and Nevada class of hourly employees. The Complaint alleges that Defendant subjected Plaintiff and other hourly employees to an alleged pre/post shift off-the-clock policy, rounding policy, and bonus pay scheme. Defense counsel requires additional time to: (1) complete an initial investigation of the allegations in the Complaint; (2) review timekeeping records, payroll records, and compensation documentation relevant to the claims asserted; (3) analyze the class and collective action allegations and the appropriate defenses thereto; (4) research and assess issues regarding the identity and legal status of the parties, including the relationship between the named Defendant and related entities; and (5) prepare a thorough and complete responsive pleading including any applicable affirmative defenses. Plaintiff's agreement to this extension does not constitute agreement with Defendant's characterization of the allegations, defenses, party-identity issues, legal-status issues, or related-entity issues referenced herein.

The requested extension is not sought for the purpose of delay and will not prejudice any party. No scheduling order has been entered in this matter, no trial date has been set, and no other deadlines will be affected by the requested extension. The parties have conferred and agree to the extension proposed herein.

IT IS THEREFORE STIPULATED AND AGREED, by and between the parties through their respective counsel of record, that Defendant Capital USA shall have up to and including

**July 29, 2026**, to answer, move, or otherwise respond to Plaintiff's Original Class and Collective Action Complaint.

DATED this 15th day of July, 2026.

**GERBER LAW OFFICES, LLP**

By: /s/ Zachary A. Gerber
ZACHARY A. GERBER, ESQ.
Nevada State Bar No. 13128
491 4th Street
Elko, Nevada 89801
Tel: (775) 777-6101; (775) 738-8198
zag@gerberlegal.com

*Attorneys for Capital USA*

**RODRIGUEZ LAW OFFICES, P.C.**

By: /s/ Kevin E. Collins
Kevin E. Collins
California State Bar No. 326349
**JOSEPHSON DUNLAP LLP**
5847 San Felipe St, Suite 2400
Houston, Texas 77057
Tel: (713) 352-1100; Fax: (713) 352-3300
kcollins@mybackwages.com

Esther C. Rodriguez
Nevada State Bar No. 006473
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: (702) 320-8400; Fax: (702) 320-8401
info@rodriguezlaw.com

*ATTORNEYS FOR MCLEMEE & THE HOURLY EMPLOYEES*

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: July 16, 2026.