Montgomery Y. Paek, Esq.
Nevada Bar No. 10176
Shannon Chao, Esq.
Nevada Bar No. 16821
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
Telephone: 702.862.8800
Facsimile: 702.862.8811
mpaek@littler.com
schao@littler.com

Attorneys for Defendant
CAPITAL USA

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TYSON MCLEMEE, individually and On Behalf of Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL USA,<br><br>Defendant. | Case No. 3:26-cv-00451-MMD-CLB<br><br>**ORDER GRANTING STIPULATION FOR SUBSTITUTION OF ATTORNEYS**<br><br>[ECF No. 12] |

Defendant CAPITAL USA hereby consents and agrees that Montgomery Y. Paek, Esq. and Shannon Chao, Esq. of Littler Mendelson, P.C. shall be substituted as the attorneys of record in the above-captioned matter in the place and stead of Zachary A. Gerber, Esq. of Gerber Law Offices, LLP.

Dated: July 29, 2026

*/s/ Mary Stoddard*
Mary Stoddard
Human Resources Generalist
CAPITAL USA

We hereby consent to the substitution of Montgomery Y. Paek, Esq. and Shannon Chao, Esq. of Littler Mendelson, P.C. as the attorneys of record for Defendant CAPITAL USA in the

above-captioned action in our place and stead.

Dated: July 29, 2026

*/s/ Zachary A. Gerber*
Zachary A. Gerber, Esq.
GERBER LAW OFFICES, LLP

We hereby agree to be substituted in the place and stead of Zachary A. Gerber, Esq. of Gerber Law Offices, LLP.

Dated: July 29, 2026

*/s/ Shannon Chao*
Montgomery Y. Paek, Esq.
Shannon Chao, Esq.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
CAPITAL USA

APPROVED: July 29, 2026

UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada
89113.4770
702.862.8800