KEVIN E. COLLINS, JR.
CA Bar No. 326349
**JOSEPHSON DUNLAP LLP**
5847 San Felipe St., Suite 2400
Houston, Texas 77057
Telephone: (713) 352-1100
Facsimile: (713) 352-3300
E-mail: kcollins@mybackwages.com

ESTHER C. RODRIGUEZ
Nevada State Bar No. 006473
**RODRIGUEZ LAW OFFICES, P.C.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 320-8400
Facsimile: (702) 320-8401
esther@rodriguezlaw.com

*Attorneys for McLemee and the Hourly Employees*

WILL LILES
Texas Bar No. 24083395
**LITTLER MENDELSON, P.C.**
8474 Rozita Lee Ave., Suite 200
Las Vegas, Nevada 891133
Telephone: (702) 862-8800
Facsimile: (702) 862-8811
wliles@littler.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TYSON MCLEMEE, Individually and On Behalf of Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL USA,<br><br>Defendants. | Case No.: 3:26-cv-00451-MMD-CLB<br><br>**STIPULATION AND PROPOSED ORDER TO STAY, TOLL, AND MEDIATE** |

Plaintiff Tyson McLemee ("McLemee"), individually and for others similarly situated, and Defendant Capital USA ("Capital") (collectively, the "Parties"), by and though their respective counsel, hereby agree and stipulate to stay this case and all pending deadlines for 90 days to allow the Parties adequate time to exchange informal discovery and attend an early mediation before a neutral mediatory of the Parties' agreement. The Parties stipulate as follows:

1. On June 16, 2026, McLemee filed his Original Collective and Class Action Complaint (ECF No. 1).

2. On July 29, 2026, Capital filed its Answer (ECF No. 13).

3. Since then, Counsel for the Parties initiated preliminary discussions wherein they broached the possibility of early resolution. To that end, the Parties have agreed to seek a stay of this litigation to conserve costs so that they may engage in informal discovery and attend private mediation with an agreed upon neutral.

4. To facilitate early settlement negotiations, the Parties have agreed to engage in a good faith effort to exchange relevant documents and information, including but not limited to payroll data, timesheets, and dates of employment for the hourly-paid employees of Capital. The Parties agree they will provide each other with the foregoing documents and information at least 21 days prior to the mediation. The Parties intend that any document production for purposes of this stay and mediation will be subject to Federal Rule of Evidence 408 and not offered as evidence in this action and shall be kept confidential and not shared with any third party.

5. After an initial exchange of relevant documents and data, the Parties will proceed to conduct substantive discussions regarding settlement, review potential damage models, and attend a mediation. The Parties will work in good faith on selecting a mutually agreeable mediator.

6. The proposed stay of this case will conserve the Parties' and the Court's resources while they work toward a potential resolution of this matter. *See* Fed. R. Civ. P. 1 (indicating the rules "should be construed, administered, and employed by the court and the parties to secure the just, speed, and inexpensive determination of every action and proceeding"). A 90-day stay is sought to account for the time needed to collect and exchange necessary data and information, creating a damage model, and securing a mediation date with the agreed-upon mediator.

7. The Parties further agree to toll the FLSA statute of limitations for the Hourly Employees (as defined in Doc. 1) from September 11, 2026, until the expiration of the 90-day stay or either Party provides notice (via email or letter) to the other, whichever is earlier.

8. If the Parties are unable to resolve this matter at mediation, they will notify the Court of this fact within 14 days after the proposed stay has concluded and provide the Court with a status report and/or proposed Discovery Plan and Scheduling Order

9. The relief requested in this stipulation will not alter the date of any event or deadline, and no Scheduling Order has been entered in this case.

WHEREFORE, the Parties respectfully request that this Court grant their Joint Stipulation and enter an Order that stays this case and all pending deadlines for a period of 90-days and toll the FLSA statute of limitations for the FLSA Collective Members.

Dated: September 14, 2026

Respectfully submitted,

*/s/ Kevin E. Collins*
Michael A. Josephson
Andrew W. Dunlap
Kevin E. Collins
**JOSEPHSON DUNLAP LLP**
5847 San Felipe St., Suite 2400
Houston, Texas 77057
TEL: 713-352-1100
FAX: 713-352-3300
mjosephson@mybackwages.com
adunlap@mybackwages.com
kcollins@mybackwages.com

Esther C. Rodriguez
**RODRIGUEZ LAW OFFICES, P.C.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
info@rodriguezlaw.com

**ATTORNEYS FOR MCLEMEE AND THE HOURLY EMPLOYEES**

*/s/ Will Liles*
Montgomery Y. Paek
Shannon Chao
Will Liles
**LITTLER MENDELSON, P.C.**
8474 Rozita Lee Avenue, Suite 200
Las Vegas, Nevada 891133
TEL: 702-862-8800
FAX: 702-862-8811
mpaek@littler.com
schao@littler.com
wliles@littler.com

**ATTORNEYS FOR CAPITAL USA**

IT IS SO ORDERED.

______________________________
UNITED STATES DISTRICT JUDGE

DATED: 9/15/2026

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2026, I electronically filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Kevin E. Collins*
Kevin E. Collins, Jr.